1  KENNETH E. KELLER (SBN 71450)
2  MICHAEL D. LISI (SBN 196974)
   GARTH A. ROSENGREN SBN 215732)
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   555 Montgomery Street, 17th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 249-8330
5  Facsimile:   (415) 249-8333

6  Attorneys for Defendants
7  SPECS SURFACE NANO ANALYSIS GmbH
   and SPECS SURFACE NANO ANALYSIS, INC.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

| SPECS USA CORP., a California corporation, | Case No.:  CV10-4250 VRW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| SPECS Surface Nano Analysis GmbH, a German corporation, SPECS Surface Nano Analysis, Inc., a Florida corporation, and Does 1-20, | Judge:  Vaughn R. Walker<br>Courtroom:  6, 17th Floor<br>Complaint Filed: August 19, 2010 |
| Defendants. | |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO.: CV10-4250 VRW

Having considered the papers submitted in connection with defendants SPECS Surface Nano Analysis GmbH and SPECS Surface Nano Analysis, Inc.'s ("Defendants") Administrative Motion to Consider Whether Cases Should be Related, and good cause appearing, the Court hereby **GRANTS** the administrative motion and deems the matter of *SPECS Surface Nano Analysis GmbH and SPECS Surface Nano Analysis, Inc. v. Rickmer Kose*, Case No. CV11-00393 related to the instant case.

**IT IS SO ORDERED.**

Dated: ___January 31___, 2011          _____
                                        HON. _____
                                        UNITED STATES DISTRICT COURT JUDGE

*[GRANTED stamp — Judge Vaughn R Walker]*

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO.: CV10-4250 VRW