**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE SPECS** | Case No.: 10-CV-4250 YGR<br>Consolidated with 11-CV-393 YGR<br><br>**ORDER VACATING AND RESETTING HEARING ON MOTIONS** |

Two motions are currently set for hearing by the Court on November 20, 2012: (1) the Motion of Defendants Rickmer Kose and SPECS USA Corp. for Summary Judgment or, in the alternative, for Partial Summary Judgment (Dkt No. 109); and (2) the Motion of Plaintiffs/Counterdefendants SPECS Surface Nano Analysis GmbH and Specs Surface Nano Analysis, Inc. to Dismiss for Improper Venue or, in the alternative, for Summary Adjudication (Dkt. No 112). The November 20, 2012 hearings are **VACATED** and **RESET** to **Wednesday, December 7, 2012 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: November 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**